**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **WISSAM ABDULLATEFF SA'EED AL-QURAISHI**, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ADEL NAKHLA**, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 8:08-cv-01696-PJM |

## NOTICE OF APPEAL

Defendant L-3 Services, Inc. hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 29th day of July, 2010 denying its motion to dismiss.

Respectfully submitted,

Dated:  August 4, 2010

/s/ Anne M. Rucker
Ari S. Zymelman, *pro hac vice*
azymelman@wc.com
F. Greg Bowman (Bar No. 16641)
fbowman@wc.com
Anne M. Rucker (Bar No. 27808)
arucker@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)
*Attorneys for Defendant L-3 Services, Inc.*