IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| WISSAM ABDULLATEFF SA'EED AL-QURAISHI, et al., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 8:08-cv-01696-PJM ) |
| v. | ) ) |
| ADEL NAKHLA, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Defendant Adel Nakhla hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on July 29, 2010, denying his motion to dismiss.

Dated: August 6, 2010

Respectfully submitted,

/s/ Eric R. Delinsky
Eric R. Delinsky (Bar No. 17466)
edelinsky@zuckerman.com
R. Miles Clark (Bar No. 17465)
mclark@zuckerman.com
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
(202) 778-1800 (phone)
(202) 822-8106 (facsimile)

*Attorneys for Defendant Adel Nakhla*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2010, I filed the foregoing with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system, in accordance with Fed. R. Civ. P. 5(a) and Local Rule 101(1)(c).

        /s/ Miles Clark
        Miles Clark