## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND, GREENBELT DIVISION

| | |
|---|---|
| WISSAM ABDULLATEFF SA'EED AL-QURAISHI, *et al.*, | ) CIVIL ACTION NO: ) 8:08-CV-1696-PJM |
| Plaintiffs | ) |
| v. | ) |
| ADEL NAKHLA, *et al.*, Defendants. | ) |

### *NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION*

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, through their designated counsel, hereby give notice that the above-captioned action is voluntarily dismissed. This dismissal is with prejudice by all plaintiffs except for Plaintiff Zaid Ahmed Ajaj and shall operate as an adjudication on the merits for those plaintiffs. Plaintiff Zaid Ahmed Ajaj's dismissal is without prejudice and does not act as adjudication on the merits with regard to his claims.

Respectfully submitted,

 */s/ Susan L. Burke*
Susan L. Burke
Susan M. Sajadi
BURKE PLLC
1000 Potomac Street
Suite 150
Washington D.C. 20007
(202) 386-9622 (phone)
(202) 232-5513 (fax)
sburke@burkepllc.com

Dated: October 5, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5${}^{\text{th}}$ day of October, 2012, we served the foregoing Notice of Voluntary Dismissal on counsel for Defendants through CM/ECF.

/s/Susan L. Burke
Susan L. Burke